# United States District Court
Northern District of New York
## JUDGMENT IN A CIVIL CASE

PATRICK HENNIGAN

V.  CASE NUMBER: 5:06-CV-426 (FJS/GJD)

MATT DRISCOLL, FRANK FOWLER
AND CITY OF SYRACUSE

**Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

*That defendants' Motion for Summary Judgment is GRANTED with respect to the remainder of Plaintiff's federal claims, and those claims are DISMISSED with prejudice.*

*All the above pursuant to the Memorandum Decision and Order of the Honorable Chief Judge Frederick J. Scullin, Jr. dated September 30, 2009.*

September 30, 2009                          LAWRENCE K. BAERMAN

_____                         _____
DATE                                        CLERK OF COURT

                                            s/

                                            _____
                                            DONNA M. FRANCISCO
                                            DEPUTY CLERK